

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 17, 2020

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:** *United States v. Nicolaus Wynberg,*
      **20 Mag. 7429**

Dear Judge Davison:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

SO ORDERED 7/17/20

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: _____
    Kyle A. Wirshba
    Assistant United States Attorney
    (212) 637-2493