UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Nicolaus Wynberg

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-MJ-7429- UA

Defendant Nicolaus Wynberg hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

_____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____   Bail/Detention Hearing

_____   Conference Before a Judicial Officer - Assignment of Counsel


/s/ Nicolaus Wynberg
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____/s/_____
Defendant's Counsel's Signature

_____Nicolaus Wynberg__
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___07/17/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge